IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICKY OLSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Case No. 24-cv-489-wmc

---

    Petitioner Ricky Olson seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 15, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 18, 2024 through the date of the petition, July 18, 2024.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Ricky Olson may have until August 15, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 15, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 18th day of July, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge